# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **DAVID R. NABORS**, | Case No. 3:10-cv-00910-F |
| Plaintiff, | |
| v. | |
| **NORTHLAND GROUP, INC.,** | |
| Defendant. | |

## DEFENDANT NORTHLAND GROUP, INC.'S NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF DAVID A. NABORS

PLEASE TAKE NOTICE that the undersigned intends to take the deposition of DAVID A. NABORS on the 13th day of December, 2010 at 10:00 a.m., at the offices of Mitchell and Duff, LLC, 210 Main Street, Richmond, Texas 77469, before a certified court reporter.

**Respectfully submitted,**

MITCHELL & DUFF, L.L.C.

By: */s/ Amy L. Mitchell*
Amy L. Mitchell
State Bar No. 12560500
Federal ID 17005
210 Main St
Richmond, TX 77469
Tel: (281) 341-1718
Fax: (281) 341-5517
amitchell@mitchellandduff.com

LOCAL COUNSEL:
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
CORY HALLIBURTON
State Bar No. 24041044
3030 Matlock Rd., Suite 201
Arlington, TX 76015
(817) 795-5046
(866) 248-4297 (fax)
challiburton@wkpz.com

### **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2010, I electronically filed the foregoing with the clerk for the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send notification to case participants registered for electronic notice. I further certify that I have served all case participants not registered for electronic notice by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), including to the following:

Peter Cozmyk, Esq.
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, OH 44131
Phone (323) 988-2400 x213
Fax: (866) 799-3206
pcozmyk@consumerlawcenter.com

Joshua A. Smith
Law Office of Joshua A. Smith
4621 South Cooper 131-126
Arlington, TX 76017
(817) 905-5297

                                            */s/ Amy L. Mitchell*